UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:23-CR-104-PPS-APR |
| ) | |
| JAIYIEL OMARION PETERS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich, relating to Defendant Jaiyiel Peters' request to enter a plea of guilty pursuant to Federal Rule of Criminal Procedure 11. Following a hearing on the record on May 20, 2025, Magistrate Rodovich found that there is a factual basis for Defendant's plea and that the Defendant knowingly and voluntarily entered into his plea of guilty. [*See* DE 89]. Accordingly, Magistrate Rodovich recommends that the Court accept Defendant's plea of guilty to the offense charged in Count 6 of the indictment and that Defendant be adjudged guilty of the offense charged in Count 6 of the indictment. [*Id.*]

Neither party has filed an objection to Magistrate Rodovich's Report and Recommendation. The Court having reviewed Magistrate Judge Rodovich's Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety.

**SO ORDERED**.

ENTERED: June 9, 2025.

                                                  /s/ Philip P. Simon  
                                                  PHILIP P. SIMON, JUDGE  
                                                  UNITED STATES DISTRICT COURT